Steven R. Blackburn   State Bar No. 154797
Matthew A. Goodin    State Bar No. 169674
Lauren M. Cooper     State Bar No. 254580
EPSTEIN BECKER & GREEN, P.C.
One California Street, 26th Floor
San Francisco, California 94111-5427
Telephone:   415.398.3500
Facsimile:   415.398.0955
sblackburn@ebglaw.com
mgoodin@ebglaw.com
lmcooper@ebglaw.com

Attorneys for Defendants,
C&H SUGAR COMPANY, INC. and
AMERICAN SUGAR REFINING, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID REY,<br><br>        Plaintiff,<br><br>    v.<br><br>C&H SUGAR COMPANY, INC., a Delaware Corporation, AMERICAN SUGAR REFINING, INC., a Delaware Corporation, and DOES 1-100, inclusive,<br><br>        Defendant. | CASE NO.  CV 10-01970 SI<br><br>**AMENDED JOINT STIPULATION AND REQUEST TO TRANSFER LEATHERBURY V. C&H MATTER TO HON. SUSAN ILLSTON FOR ALL PURPOSES** |

The parties hereby stipulate and agree as follows:

WHEREAS; this matter was filed on April 5, 2010 in Superior Court of California, County of Contra Costa; was removed to federal court on May 6, 2010; and was assigned to Hon. Susan Illston on May 14, 2010.

WHEREAS; also on April 5, 2010 in Superior Court of California, County of Contra Costa; Glenn Leatherbury filed a case against C&H Sugar; captioned *Glenn Leatherburry v. C&H Sugar Company, Inc., American Sugar Refining, Inc., and Does 1-100, inclusive*; Case No. C 10-00903; which was also removed to federal court on May 6, 2010; and was assigned to Hon. Vaughn Walker on May 14, 2010.

1  WHEREAS, Mr. Rey and Mr. Leatherbury are both represented by the firm of Geonetta and Frucht. While the two cases involve different claims, they will both involve many of the same witnesses, and the parties agree that much of the deposition discovery can be consolidated.

WHEREAS, at a Case Management Conference in the *Rey* matter on February 25, 2011, Judge Illston informed the parties that if they desired to have the *Leatherbury* matter transferred to her for all purposes, she would accept such transfer. If the parties desired this transfer, Judge Illston suggested they file in both matters a stipulation and request to transfer the *Leatherbury* matter to her.

WHEREAS, the parties have conferred and agree to transfer the *Leatherbury* matter to Judge Illston for all purposes;

THE PARTIES HEREBY AGREE AND REQUEST: That the *Leatherbury* matter be transferred to Judge Susan Illston for all purposes.

DATED: March 28, 2011    EPSTEIN BECKER & GREEN, P.C.

By:  /s/ *Matthew A. Goodin*
Steven R. Blackburn
Matthew A. Goodin
Lauren M. Cooper
Attorneys for Defendants,
C&H SUGAR COMPANY, INC. and
AMERICAN SUGAR REFINING, INC.

DATED: March 28, 2011    GEONETTA & FRUCHT

By:  /s/ *Frederick J. Geonetta*
Kenneth N. Frucht, Esq.
Frederick J. Geonetta, Esq.
Attorneys for Plaintiff
DAVID REY

**ORDER**

Upon reviewing the parties' Joint Stipulation and Request to Transfer the *Leatherbury* matter to Judge Susan Illston for all purposes.

IT IS SO ORDERED

Date: 3/29/11

_____
HON. SUSAN ILLSTON
DISTRICT COURT JUDGE