Kenneth N. Frucht, (SBN 178881)
Frederick J. Geonetta (SBN 114824)
GEONETTA & FRUCHT LLP
100 Montgomery Street, Suite 1600
San Francisco, CA  94104
Tel: (415) 392-4844
Fax: (415) 392-7973

Attorneys for Plaintiff
GLENN REY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID REY an individual,<br><br>Plaintiff,<br><br>v.<br><br>C&H SUGAR COMPANY, INC., a Delaware Corporation, AMERICAN SUGAR REFINING, INC., a Delaware Corporation, and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO.  CV 10-01970 SI<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE TO AUGUST 26, 2011 |

A further Case Management Conference is scheduled to take place on August 10, 2011 at 1:30 p.m.  Because e-discovery is taking longer than the parties anticipated at the last case management conference when dates were set for trial and other case related deadlines, the parties wish to discuss the scheduling with the Court at this case management conference.  However, Defendant's lead trial counsel Matt Goodin is on a family vacation and will not return until August 13, 2011.  Therefore, in order to ensure that the CMC is productive and efficient, the parties, by and through their respective counsel, hereby stipulate to a continuance of the further Case Management Conference to August 26, 2011 at 3:00 p.m.

1

| Dated: August 10, 2011 | By: | /s/ *Kenneth Frucht*_____ <br> Kenneth Frucht <br> GEONETTA & FRUCHT LLP |
|---|---|---|
| Dated: August 10, 2011 | By: | /s/ *Lauren Cooper*_____ <br> Lauren Cooper <br> EPSTEIN BECKER & GREEN, P.C. |

### (PROPOSED) ORDER

IT IS HEREBY ORDERED that the Initial Case Management Conference is continued to August 26, 2011 3:00 p.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____8/10_____, 2011

_____
Hon. Susan Illston
Judge of the United States District Court

2

REY v. C&H SUGAR
U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA
STIPULATION AND PROPOSED ORDER CONTINUING CMC