IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DAVID REY,<br><br>        Plaintiff,<br><br>  v.<br><br>C&H SUGAR COMPANY INC,<br><br>        Defendant.<br>_____/ | No. C 10-01970 SI<br>**and C-10-1969 SI**<br><br>**SECONDLEA**<br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: November 18, 2012 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is November 4, 2011.

DESIGNATION OF EXPERTS: 9/1/11; REBUTTAL: 1/20/12.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is February 24, 2012.

RE: C-10-1970 : DISPOSITIVE MOTIONS **SHALL** be filed by October 28, 2011 ;
    Opp. Due November 11, 2011 ; Reply Due November 18, 2011 ;
    and set for hearing no later than December 2, 2011 at 9:00 AM.
**RE: C-10-1969 : DISPOSITIVE MOTIONS SHALL be filed by January 6, 2012 ;**
    **Opp. Due January 20, 2012 ; Reply Due January 27, 2012 ;**
    **and set for hearing no later than February 12, 2012 at 9:00 AM.**

RE: C-10-1970: PRETRIAL CONFERENCE DATE: March 20, 2012 at 3:30 PM.
**RE: C-10-1969: PRETRIAL CONFERENCE DATE: May 8, 2012 at 3:30 PM.**

RE: C-10-1970: JURY TRIAL DATE: April 2, 2012 at 8:30 AM.,
**RE: C-10-1969: JURY TRIAL DATE: May 21, 2012 at 8:30 AM.,**
    **Courtroom 10, 19th floor.**

TRIAL LENGTH is estimated to be ___ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
n/a

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 8/30/11

                                                                       SUSAN ILLSTON
                                                                       United States District Judge