IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID REY,

        Plaintiff,

  v.

C&H SUGAR COMPANY INC,

        Defendant.
                                          /

No. C 10-01970 SI
**and C-10-1969 SI**

**SECOND PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: November 18, 2012 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is April 18, 2012.

DESIGNATION OF EXPERTS: 2/16/12 ; REBUTTAL: 7/4/12.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is August 7, 2012.

RE: C-10-1970 : DISPOSITIVE MOTIONS **SHALL** be filed by March 16, 2012 ;
    Opp. Due March 30, 2012 ; Reply Due April 6, 2012 ;
        and set for hearing no later than April 20, 2012 at 9:00 AM.
**RE: C-10-1969 : DISPOSITIVE MOTIONS SHALL be filed by May 4, 2012 ;**
    **Opp. Due May 18, 2012 ; Reply Due May 25, 2012 ;**
        **and set for hearing no later than June 8, 2012 at 9:00 AM.**

RE: C-10-1970: PRETRIAL CONFERENCE DATE: September 4, 2012 at 3:30 PM.
**RE: C-10-1969: PRETRIAL CONFERENCE DATE: October 23, 2012 at 3:30 PM.**

RE: C-10-1970: JURY TRIAL DATE: September 17, 2012 at 8:30 AM.,
**RE: C-10-1969: JURY TRIAL DATE: November 5, 2012 at 8:30 AM.,**
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
n/a

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 8/30/11

*Susan Illston*

SUSAN ILLSTON
United States District Judge