1  Kenneth N. Frucht, Esq.
   Frederick J. Geonetta, Esq.
2  GEONETTA & FRUCHT, LLP
   100 Montgomery Street, Suite 1600
3  San Francisco, CA 94104
   Attorneys for Plaintiff
4  Telephone: (415) 433.4589
   Facsimile: (415) 392.7973
5
   Attorneys for Plaintiff
6  DAVID REY

7  Steven R. Blackburn, State Bar No. 154797
   Matthew A. Goodin, State Bar No. 169674
8  Lauren M. Cooper, State Bar No. 254580
   EPSTEIN BECKER & GREEN, P.C.
9  One California Street, 26th Floor
   San Francisco, California 94111-5427
10 Telephone: 415.398.3500
   Facsimile: 415.398.0955
11 sblackburn@ebglaw.com
   mgoodin@ebglaw.com
12 bbrown@ebglaw.com

13 Attorneys for Defendants,
   C&H SUGAR COMPANY, INC. and
14 AMERICAN SUGAR REFINING, INC.

15                 **UNITED STATES DISTRICT COURT**

16                **NORTHERN DISTRICT OF CALIFORNIA**

17                  **SAN FRANCISCO DIVISION**

18

19 DAVID REY,                              CASE NO.  CV 10-01970 SI

20              Plaintiff,                 **STIPULATION AND [~~PROPOSED~~]
                                           ORDER TO CONTINUE PRE-TRIAL**
21       v.                                **DATES**

22 C&H SUGAR COMPANY, INC., a Delaware
   Corporation, AMERICAN SUGAR
23 REFINING, INC., a Delaware Corporation,
   and DOES 1-100, inclusive,
24
               Defendant.
25
   _____
26

27       The parties hereby stipulate and agree as follows:

28       WHEREAS; the parties took longer than expected to complete the electronically stored

---

6653779v1                                          Stipulation and Proposed Order
                                                   CV 10-01970 SI

information ("ESI") collection due to an error caused by Defendant's third-party vendor.

WHEREAS; the parties have agreed to mediate this matter and would like to do so before incurring expense to prepare and oppose motions for summary judgment.

WHEREAS; Plaintiffs would like to complete the depositions of third-party witnesses Francine Cronin and Kim Merritt prior to participating in mediation.

THE PARTIES HEREBY AGREE AND REQUEST a continuance of the pre-trial dates as follows:

Dispositive motions:

- Filed by: August 31, 2012
- Opp. due by: September 14, 2012
- Reply due by: September 21, 2012
- Set for hearing no later than: October 5, 2012 at 9:00 a.m.

Non-Expert Discovery cutoff:  October 8, 2012

Expert designation:  August 17, 2012

Rebuttal expert designation:  September 17, 2012

Expert discovery cutoff: October 8, 2012

Pretrial conference:  November 5, 2012 at 3:30 p.m.

Jury Trial:  November 19, 2012 at 8:30 a.m.

///
///
///
///
///
///
///
///
///
///

- 2 -

DATED:   June 11, 2012                              GEONETTA & FRUCHT, LLP

                                                    By:  /s/ Kenneth N. Frucht
                                                          Kenneth N. Frucht, Esq.
                                                          Frederick J. Geonetta, Esq.
                                                    Attorneys for Plaintiffs
                                                    DAVID REY


DATED:  June 11, 2012                               EPSTEIN BECKER & GREEN, P.C.

                                                    By:  /s/ Lauren M. Cooper
                                                          Steven R. Blackburn
                                                          Matthew A. Goodin
                                                          Lauren M. Cooper
                                                    Attorneys for Defendants,
                                                    C&H SUGAR COMPANY, INC. and
                                                    AMERICAN SUGAR REFINING, INC.

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that the pre-trial dates are continued as follows:

    Dispositive motions:

- Filed by: August 31, 2012

- Opp. due by: September 14, 2012

- Reply due by: September 21, 2012

- Set for hearing no later than: October 5, 2012 at 9:00 a.m.

Non-Expert Discovery cutoff:  October 8, 2012

Expert designation:  August 17, 2012

Rebuttal expert designation:  September 17, 2012

Expert discovery cutoff: October 8, 2012

Pretrial conference:  November 5, 2012 at 3:30 p.m.

Jury Trial:  November 19, 2012 at 8:30 a.m.


**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Date: _____6/12/12_____

_____
JUDGE OF THE DISTRICT COURT

- 3 -