| | |
|---|---|
| 1 | Kenneth N. Frucht, Esq. |
| | Frederick J. Geonetta, Esq. |
| 2 | GEONETTA & FRUCHT, LLP |
| | 100 Montgomery Street, Suite 1600 |
| 3 | San Francisco, CA 94104 |
| | Attorneys for Plaintiff |
| 4 | Telephone: (415) 433.4589 |
| | Facsimile: (415) 392.7973 |
| 5 | |
| | Attorneys for Plaintiff |
| 6 | DAVID REY |

7  Steven R. Blackburn, State Bar No. 154797
   Matthew A. Goodin, State Bar No. 169674
8  Lauren M. Cooper, State Bar No. 254580
   EPSTEIN BECKER & GREEN, P.C.
9  One California Street, 26th Floor
   San Francisco, California 94111-5427
10 Telephone: 415.398.3500
   Facsimile: 415.398.0955
11 sblackburn@ebglaw.com
   mgoodin@ebglaw.com
12 bbrown@ebglaw.com

13 Attorneys for Defendants,
   C&H SUGAR COMPANY, INC. and
14 AMERICAN SUGAR REFINING, INC.

15                    **UNITED STATES DISTRICT COURT**

16                    **NORTHERN DISTRICT OF CALIFORNIA**

17                         **SAN FRANCISCO DIVISION**

18

| | |
|---|---|
| DAVID REY, | CASE NO. CV 10-01970 SI |
| Plaintiff, | **STIPULATION AND [P**~~ROPOSED~~**] ORDER TO CONTINUE PRE-TRIAL DATES** |
| v. | |
| C&H SUGAR COMPANY, INC., a Delaware Corporation, AMERICAN SUGAR REFINING, INC., a Delaware Corporation, and DOES 1-100, inclusive, | |
| Defendant. | |

27       The parties hereby stipulate and agree as follows:

28       WHEREAS; the parties took longer than expected to complete the electronically stored

---
6653779v1                                              Stipulation and Proposed Order
                                                                    CV 10-01970 SI

1  information ("ESI") collection due to an error caused by Defendant's third-party vendor.

2  WHEREAS; the parties have agreed to mediate this matter and would like to do so
3  before incurring expense to prepare and oppose motions for summary judgment.

4  WHEREAS; Plaintiffs would like to complete the depositions of third-party witnesses
5  Francine Cronin and Kim Merritt prior to participating in mediation.

6  THE PARTIES HEREBY AGREE AND REQUEST a continuance of the pre-trial dates
7  as follows:

8  Dispositive motions:

9  - Filed by: August 31, 2012

10  - Opp. due by: September 14, 2012

11  - Reply due by: September 21, 2012

12  - Set for hearing no later than: October 5, 2012 at 9:00 a.m.

13  Non-Expert Discovery cutoff:  October 8, 2012

14  Expert designation:  August 17, 2012

15  Rebuttal expert designation:  September 17, 2012

16  Expert discovery cutoff: October 8, 2012

17  Pretrial conference:  November 5, 2012 at 3:30 p.m.

18  Jury Trial:  November 19, 2012 at 8:30 a.m.

19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

- 2 -

| | | |
|---|---|---|
| DATED: June 11, 2012 | | GEONETTA & FRUCHT, LLP |
| | By: | /s/ Kenneth N. Frucht |
| | | Kenneth N. Frucht, Esq. |
| | | Frederick J. Geonetta, Esq. |
| | | Attorneys for Plaintiffs |
| | | DAVID REY |
| | | |
| DATED: June 11, 2012 | | EPSTEIN BECKER & GREEN, P.C. |
| | By: | /s/ Lauren M. Cooper |
| | | Steven R. Blackburn |
| | | Matthew A. Goodin |
| | | Lauren M. Cooper |
| | | Attorneys for Defendants, |
| | | C&H SUGAR COMPANY, INC. and |
| | | AMERICAN SUGAR REFINING, INC. |

### [PROPOSED] ORDER

IT IS HEREBY ORDERED that the pre-trial dates are continued as follows:

Dispositive motions:

- Filed by: August 31, 2012
- Opp. due by: September 14, 2012
- Reply due by: September 21, 2012
- Set for hearing no later than: October 5, 2012 at 9:00 a.m.

Non-Expert Discovery cutoff:  October 8, 2012

Expert designation:  August 17, 2012

Rebuttal expert designation:  September 17, 2012

Expert discovery cutoff: October 8, 2012

Pretrial conference:  November 5, 2012 at 3:30 p.m.

Jury Trial:  November 19, 2012 at 8:30 a.m.

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Date: ___6/12/12___          _____
                              JUDGE OF THE DISTRICT COURT

- 3 -