| | |
|---|---|
| 1 | Steven R. Blackburn   State Bar No. 154797 |
| | Matthew A. Goodin   State Bar No. 169674 |
| 2 | EPSTEIN BECKER & GREEN, P.C. |
| | One California Street, 26th Floor |
| 3 | San Francisco, California 94111-5427 |
| | Telephone:    415.398.3500 |
| 4 | Facsimile:    415.398.0955 |
| | sblackburn@ebglaw.com |
| 5 | mgoodin@ebglaw.com |
| | lmcooper@ebglaw.com |
| 6 | |
| 7 | Attorneys for Defendants, |
| | C&H SUGAR COMPANY, INC. and |
| | AMERICAN SUGAR REFINING, INC. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID REY, | CASE NO. CV 10-01970 SI |
| Plaintiff, | **STIPULATION TO DISMISS PLAINTIFF'S CLAIMS FOR RACE DISCRIMINATION AND FAILURE TO PAY OVERTIME** |
| v. | |
| C&H SUGAR COMPANY, INC., a Delaware Corporation, AMERICAN SUGAR REFINING, INC., a Delaware Corporation, and DOES 1-100, inclusive, | |
| Defendant. | |

1  The parties by their undersigned counsel hereby stipulate to the full and complete
2  dismissal, with prejudice, of Plaintiff David Rey's claims for race discrimination (First Cause of
3  Action) and failure to pay overtime (Seventh Cause of Action, as labeled in Plaintiff's
4  Complaint; however, Plaintiff inadvertently skipped a Fifth Cause of Action).

6  DATED:  August 28, 2012          EPSTEIN BECKER & GREEN, P.C.

8                                   BY:    /s/ Matthew A. Goodin
                                           Steven R. Blackburn
9                                          Matthew A. Goodin
                                    Attorneys for Defendants,
10                                  C&H SUGAR COMPANY, INC. and
                                    AMERICAN SUGAR REFINING, INC.

12 DATED:  August 28, 2012          GEONETTA & FRUCHT, LLP

15                                  By:    /s/ Kenneth N. Frucht
                                           Kenneth N. Frucht,
                                           Fred J. Geonetta,
16                                         Attorneys for Plaintiff
                                           DAVID REY

18 **IT IS SO ORDERED.**

20 Date:  August 29, 2012           _____
                                    JUDGE OF THE DISTRICT COURT
21                                  Hon. Susan Illston

- 2 -

FIRM:19210451v1                                          Stipulation to Dismiss

                                                         Case No. CV 10-01970 SI