| | |
|---|---|
| 1 | Steven R. Blackburn   State Bar No. 154797 |
|   | Matthew A. Goodin    State Bar No. 169674 |
| 2 | EPSTEIN BECKER & GREEN, P.C. |
|   | One California Street, 26th Floor |
| 3 | San Francisco, California 94111-5427 |
|   | Telephone:     415.398.3500 |
| 4 | Facsimile:      415.398.0955 |
|   | sblackburn@ebglaw.com |
| 5 | mgoodin@ebglaw.com |
|   | lmcooper@ebglaw.com |

Attorneys for Defendants,
C&H SUGAR COMPANY, INC. and
AMERICAN SUGAR REFINING, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID REY, | CASE NO.  CV 10-01970 SI |
| Plaintiff, | **STIPULATION TO DISMISS PLAINTIFF'S CLAIMS FOR RACE DISCRIMINATION AND FAILURE TO PAY OVERTIME** |
| v. | |
| C&H SUGAR COMPANY, INC., a Delaware Corporation, AMERICAN SUGAR REFINING, INC., a Delaware Corporation, and DOES 1-100, inclusive, | |
| Defendant. | |

The parties by their undersigned counsel hereby stipulate to the full and complete dismissal, with prejudice, of Plaintiff David Rey's claims for race discrimination (First Cause of Action) and failure to pay overtime (Seventh Cause of Action, as labeled in Plaintiff's Complaint; however, Plaintiff inadvertently skipped a Fifth Cause of Action).

DATED:  August 28, 2012                    EPSTEIN BECKER & GREEN, P.C.

                                           BY:   /s/ Matthew A. Goodin
                                                 Steven R. Blackburn
                                                 Matthew A. Goodin
                                           Attorneys for Defendants,
                                           C&H SUGAR COMPANY, INC. and
                                           AMERICAN SUGAR REFINING, INC.

DATED:  August 28, 2012                    GEONETTA & FRUCHT, LLP

                                           By:   /s/ Kenneth N. Frucht
                                                 Kenneth N. Frucht,
                                                 Fred J. Geonetta,
                                                 Attorneys for Plaintiff
                                                 DAVID REY

**IT IS SO ORDERED.**

Date:  August 29, 2012                     _____
                                           JUDGE OF THE DISTRICT COURT
                                           Hon. Susan Illston

- 2 -

FIRM:19210451v1                                                    Stipulation to Dismiss
                                                                   Case No. CV 10-01970 SI