Kenneth N. Frucht, Esq.
Frederick J. Geonetta, Esq.
GEONETTA & FRUCHT, LLP
100 Montgomery Street, Suite 1600
San Francisco, CA 94104
Attorneys for Plaintiff
Telephone: (415) 433.4589
Facsimile: (415) 392.7973

Attorneys for Plaintiff
DAVID REY

Steven R. Blackburn, State Bar No. 154797
Matthew A. Goodin, State Bar No. 169674
Lauren M. Cooper, State Bar No. 254580
EPSTEIN BECKER & GREEN, P.C.
One California Street, 26th Floor
San Francisco, California 94111-5427
Telephone: 415.398.3500
Facsimile: 415.398.0955
sblackburn@ebglaw.com
mgoodin@ebglaw.com
bbrown@ebglaw.com

Attorneys for Defendants,
C&H SUGAR COMPANY, INC. and
AMERICAN SUGAR REFINING, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DAVID REY, | CASE NO.  CV 10-01970 SI |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRE-TRIAL CONFERENCE** |
| v. | |
| C&H SUGAR COMPANY, INC., a Delaware Corporation, AMERICAN SUGAR REFINING, INC., a Delaware Corporation, and DOES 1-100, inclusive, | |
| Defendant. | |

The parties hereby stipulate and agree as follows:

WHEREAS; at the hearing on Defendants' motion for summary judgment on October 5,

1  2012, the Court continued the trial date in this matter to January 22, 2013, the same date as the

2  trial date currently set in the matter of *Leatherbury v. C&H Sugar, et al.,* C-10-01969 SI, and

3  informed the parties that they should choose which of the two cases would go to trial on January

4  22, 2013;

5       WHEREAS; the parties have jointly agreed that the *Rey* matter should proceed to trial

6  on January 22, 2012;

7       WHEREAS; the parties are awaiting a ruling on Defendants' summary judgment motion

8  in this matter, and wish as much as possible to avoid unnecessary trial preparation in the event

9  Defendants' motion for summary judgment is granted;

10       WHEREAS; the parties do not at this time wish to continue the trial date of January 22,

11  2013;

12       THE PARTIES HEREBY AGREE AND REQUEST a continuance of the Pretrial

13  Conference and related dates as follows:

14  - Joint Pretrial Conference Statement due: December 18, 2012;

15  - Pretrial Conference date: January 1, 2013;

16

17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27
28

- 2 -

| | | |
|---|---|---|
| 1 | DATED: November 26, 2012 | GEONETTA & FRUCHT, LLP |
| 2 | | By: /s/ *Kenneth N. Frucht* |
| 3 | | Kenneth N. Frucht, Esq. |
| | | Frederick J. Geonetta, Esq. |
| 4 | | Attorneys for Plaintiffs |
| | | DAVID REY |
| 5 | | |
| 6 | DATED: November 26, 2012 | EPSTEIN BECKER & GREEN, P.C. |
| 7 | | By: /s/ *Matthew A. Goodin* |
| | | Steven R. Blackburn |
| 8 | | Matthew A. Goodin |
| 9 | | Attorneys for Defendants, |
| | | C&H SUGAR COMPANY, INC. and |
| 10 | | AMERICAN SUGAR REFINING, INC. |

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that the pre-trial dates are continued as follows:

- Joint Pretrial Conference Statement due: December 18, 2012;
- Pretrial Conference date: ~~January 7, 2013, 13 at 3:30 p.m.~~  January 15, 2013 at 3:30 p.m.

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Date: 11/27/12

_____
JUDGE OF THE DISTRICT COURT

- 3 -

6653779v1

Stipulation and Proposed Order Re: Pretrial Conference
Case No. CV 10-01970 SI