**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID REY,

    Plaintiff,

  v.

C&H SUGAR CO., INC.; AMERICAN SUGAR REFINING, INC.; and DOES 1-100,

    Defendants.

                                               /

No. CV 10-01970 SI

**JUDGMENT**

Defendants' motion for summary judgment has been granted. Accordingly, judgment is entered in favor of defendants and against plaintiff.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: November 28, 2012

                                                                _____
SUSAN ILLSTON
United States District Judge